UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:  Tiffany Renee Yee<br>        SSN: XXX-XX-5821<br><br>Debtor(s)/Movant(s)<br><br>v.<br><br>Capital One Bank (USA), N.A.<br><br>Respondent(s) | )<br>)<br>)  Case No.  17-19904 KHT<br>)  Chapter 13<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTIONS

COMES NOW, the Debtor, by and through counsel Jane M. Roberson, Esq., and hereby submit this Motion to Avoid Judicial Lien Impairing an Exemption, and as grounds therefore, state as follows:

1. The Movant filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 10, 2017.

2. This motion is filed pursuant to 11 U.S.C. Section 522(f)(1) to avoid and cancel a judicial lien held by Capital One Bank (USA), N.A.(hereinafter "Capital One")  on real property used as the debtors' residence located at 475 West 12th Avenue, # 8G23, with a legal description of  CONDOMINIUM UNIT NO. 8G, GARAGE NO. 70, STORAGE SPACE NO. 53, THE BELVADERE TOWER, CITY AND COUNTY OF DENVER, STATE OF COLORADO.

3. Respondent obtained a judgment against Movants. On or about August 2, 2012 Respondent recorded a transcript of judgment against the real property with the clerk and recorder of the City and County of Denver, Colorado at reception number 2012102099. Therefore, pursuant to Colorado law, if the creditor has recorded a lien, said recordation constitutes a lien on Movants' real and personal property.  The amount of the judgment at the time of the recording was approximately $2,725.36. A copy of the transcript of judgment is attached as "Exhibit 1".

4. The above-mentioned real estate is worth $335,000.00 according to a Comparative Market Analysis performed by Brent Wilhelmi of the Porch Light Real Estate Group on February 15, 2018, and is encumbered by first and second mortgages totaling approximately $249,950.18 as well as assessment and HOA liens in the amount of $12,982.58 totaling $262,932.76.

5. The Debtors' interest in the property referred to in paragraph 2 and

encumbered by the lien does not exceed $75,000 [C.R.S. § 38-41-201 (1)(b)] in value and has been claimed as fully exempt on Schedule C.

6. The existence of Capital One's lien on Debtor's real property impairs exemptions to which the Debtors' would be entitled under 11 U.S.C. § 522(b).

WHEREFORE, Movant prays for an Order against Capital One for the cancellation and avoidance of the judicial lien on their residential real estate, and for such additional or alternative relief as may by just and proper.

RESPECTFULLY submitted this March 9, 2018.

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
ROBERSON LAW, LLC
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833
e-mail:Roberson@JustAskJane.com
Attorney for Debtor(s)

```
Page: 1 of 1                        Reception #: 2012102099
08/02/2012 11:06 A                  R:$ 11.00   D:$ 0.00
eRecorded in C/C of Denver, CO   Doc Code: JUD
Debra Johnson, Clerk and Recorder
```



**ISSUED**  Court-Issued Document. For questions, please contact the Denver County Court at 720-865-7840. Date of Issued Writ indicated on attachment.

Matthew M. McConville
Denver County Court Administrator

Court Address: 1437 Bannock Street, Denver, CO 80202
Phone Number: 720/865-7840

Plaintiff(s):
CAPITAL ONE BANK (USA), N.A.

Defendant(s):
TIFFANY YEE and BODY STATEMENT GYM, LLC.

Attorneys for Plaintiff
Jacques A. Machol, Jr. #3502
MACHOL & JOHANNES, LLC
717 17th Street, Suite 2300
Denver, CO 80202-3317
303/539-3169 Fax (303) 830-0047
MJ File No: 50255227

EFILED Document – Denver County
2012C57846
CO Denver County-County Court
Filing Date: Jul 17 2012 12:31PM MDT
Filing ID: 45383227
Review Clerk: N/A

▲ COURT USE ONLY ▲

Case No. 12c57846
Div.:
Ctrm.:

## TRANSCRIPT OF JUDGMENT

| | | | |
|---|---|---|---|
| Original Judgment Amount: | $2,725.36 | Date of Judgment: | June 25, 2012 |
| Principal: | $2,183.29 | Collection Costs: | |
| Attorney Fees: | $350.00 | Court Costs: | $192.07 |
| Interest Rate: | 0% | Interest: | |

Balance Due on Judgment to Date: $2,737.02
Interest to Continue on the Judgment at 8% per annum.

---

I hereby certify under penalty of perjury that the amount(s) due are a true and accurate representation of a

[X] Complete    [ ] Partial    [ ] Adjusted
judgment owed by the Judgment Debtor(s)/Defendant(s) on the above referenced case.

_____    # 3502    July 16, 2012
Signature Attorney of Record       Atty. Reg#

The foregoing TRANSCRIPT OF JUDGMENT is issued on the above mentioned case in the County Court, in and for the City and County of Denver based upon the information provided by the Judgment Creditor(s)/Plaintiff(s)/Attorney of record, with said case remaining a record on file retained by my office.

MACHOL AND JOHANNES LLC    BY: _____
717 17TH ST STE 2300           Deputy Clerk
DENVER CO 80202                Denver County Court

DATE: _____

50255227

**EXHIBIT 1**