UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Tiffany Renee Yee, xxx-xx-5821<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, D/B/A<br>Christiana Trust as Owner Trustee of the<br>Residential Credit Opportunities Trust V<br>    Movant,<br>vs.<br><br>Tiffany Renee Yee, and Douglas B. Kiel, Trustee<br>    Respondents. | Chapter 13<br>Case No. 17-19904-KHT |

## NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C.§ 362(d)

**OBJECTION DEADLINE:** *August 20, 2019*

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay, a copy of which is attached hereto.

A hearing on the motion has been set for **Tuesday, August 27, 2019**, at **1:30 P.M.**, at the **United States Bankruptcy Court, 721 19th Street, Courtroom D, Denver, Colorado 80202**. The hearing will be conducted in accordance with the provisions of Local Bankruptcy Rule 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this Court (at 721 19th St., Denver, CO 80202) a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION,** the scheduled hearing will be **vacated**, and an order granting relief requested may be granted without further notice to you.

DATED: July 29, 2019

Respectfully submitted,
Frascona, Joiner, Goodman and Greenstein, P.C.

By: Karen J. Radakovich, No. 11649
4750 Table Mesa Drive
Boulder, Colorado 80305
Telephone: (303) 494-3000
Facsimile: (303) 494-6309
E-Mail: karen@frascona.com