UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Tiffany Renee Yee, xxx-xx-5821<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, D/B/A<br>Christiana Trust as Owner Trustee of the<br>Residential Credit Opportunities Trust V<br>    Movant,<br>vs.<br><br>Tiffany Renee Yee, and Douglas B. Kiel, Trustee<br>    Respondents. | Chapter 13<br>Case No. 17-19904-KHT<br>MC No. KJR-1 |

## STIPULATION FOR PAYMENT PLAN, AND FOR RELIEF FROM AUTOMATIC STAY ON DEFAULT

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, ("Creditor"), by and through its attorneys Frascona, Joiner, Goodman and Greenstein, P.C., and Debtor Tiffany Renee Yee, by and through her attorney, Jane M. Roberson, hereby stipulate to the following terms:

1. The Debtor filed this Chapter 13 Bankruptcy Case on October 25, 2017.

2. Creditor holds a first security interest in Debtor's real property, described below.

3. The Debtor and Creditor acknowledge the following post-petition arrearage:
   | | |
   |---|---|
   | Post-Petition Payments for May - August 2019 | $4,886.16 |
   | Accrued Late Charges | $366.48 |
   | MFR Attorney Fee | $850.00 |
   | MFR Attorney Cost | $181.00 |
   | Amount in Suspense | ($70.82) |
   | Total Due | $6,212.82 |

4. Debtor and Creditor agree as follows:

   a. Debtor will make nine (9) payments of $690.32 which are to be received by Creditor on or before the 15th day of each month beginning September 15, 2019. The first such payment in the form of certified funds or cashier's check shall be mailed to Creditor's attorney at the address listed below (although made payable to Creditor); the second and subsequent payments shall be mailed to Creditor directly.

b. Debtor will make timely regular monthly post-petition note payments directly to the Creditor. Regular monthly payments will be due on the 1st of the month beginning September 1, 2019.

c. If these payments are not received by Creditor's attorney under the terms herein, then Debtor agrees to the immediate entry, by the Bankruptcy Court, of relief from the automatic stay regarding the following real property, in which Creditor holds a first security interest:

Unit 8G, Garage 70, The Belvedere Tower, a Condominium Community according to the Condominium Map Recorded August 22, 2000 at Reception No. 200120009 and as Defined and Described in the Declaration of Covenants, Conditions and Restrictions Recorded August 8, 2000 at Reception No. 2000113225, Supplemental Declaration Recorded August 22, 2000 at Reception No. 2000120010, together with the Exclusive Right to use Storage Space 53, City and County of Denver, State of Colorado.

which has the address of 475 West 12th Avenue #8G, Denver, CO 80204 (the "Subject Property"), for the reasons that Creditor's interest in the Subject Property is not adequately protected, nor is it necessary to a successful reorganization of the Debtor.

5. If the Debtor defaults on any stipulation payment or regular monthly post-petition payments while the case is pending, Creditor will provide Debtor with a ten-day notice of right to cure such default at the cost of $100.00, after which time Debtor consents to forthwith relief from the automatic stay regarding the subject property, after Creditor certifies such default to the Court.

6. Debtor will be entitled to no further such relief other than the 10-day notice of right to cure the default. If Debtor cures such default, Debtor will be entitled to no other ten-day cure notices on subsequent defaults.

7. If a default occurs and Movant is granted relief from stay, the trustee will make no further distributions toward Movant's secured claim.

WHEREFORE, the above-mentioned parties hereby request that this Court enter an order approving this stipulation.

Sept. ~~August~~ 12, 2019

Frascona, Joiner, Goodman and Greenstein, P.C.

By: Karen J. Radakovich, No. 11649
Attorneys for Creditor
4750 Table Mesa Dr., Boulder, CO 80305
Telephone: (303) 494-3000
Fax: (303) 494-6309

August 2̶7̶, 2019

_____
Tiffany Renee Yee, Debtor

August _____, 2019

_____
Jane M. Roberson, No. 30543
Attorney for Debtor
720 South Colorado Boulevard, #630-S
Denver, CO 80246
Telephone: (303) 893-0833

APPROVED AS TO FORM only

Sept. 9, 2019

_____
Douglas B. Kiel, Esq.
Chapter 13 Trustee
7100 E Belleview Ave., Ste. 300
Greenwood Village, CO 80111
Telephone: (720) 398-4444